# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1683

_____

| | | |
|---|---|---|
| Bobby Larry Forrest, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Larry Norris, Director, Arkansas | * | |
| Department of Correction; Greg | * | [UNPUBLISHED] |
| Harmon, Warden, East Arkansas | * | |
| Regional Unit, ADC; James Banks, | * | |
| Assistant Warden, East Arkansas | * | |
| Regional Unit, ADC; Randy Watson, | * | |
| Assistant Warden, East Arkansas | * | |
| Regional Unit, ADC; originally sued as | * | |
| Watson; Mary Mena, Classification | * | |
| Officer, East Arkansas Regional Unit, | * | |
| ADC; originally sued as M. Mena, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 31, 2007
Filed: June 11, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Bobby Larry Forrest appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit, arising out of a disciplinary conviction which led to his extended confinement in segregation.  We conclude the grant of summary judgment was proper for the reasons stated by the district court, and that an extended discussion is not warranted.  See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.  We deny the pending motion for appointed counsel.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.